IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00364-RBJ | Date: February 5, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: Susana Cahill | Probation: Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Kirsten M. E. Sinclair* |
| v. | |
| 1. DANIEL CANIL-LARRIOS<br>**Defendant(s)** | *Brian R. Leedy* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     **8:32 a.m.**

Interpreter sworn.

Discussion held on defendant's name. Defendant would like to be addressed as Raul Chayajay.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant shall be **imprisoned** for **18 months** as to Count One of the Indictment with no supervised release term.

[20] Defendant's Motion for a Variant Sentence is therefore DENIED.

**No fine** is imposed because defendant has no ability to pay a fine.

Court RECOMMENDS that defendant receive credit for days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:35 a.m.          Hearing concluded.          Total time:     01:03